FRANCIS J. RYAN, JR., as Assignee for the Benefit of Creditors of CHATEAU D'OR GARAGE CORPORATION, Respondent, *v.* PHILIP BERKOWITZ et al., Defendants; DAVID S. KUMBLE, Appellant, and ABRAHAM ADISKY et al., Respondents.

Submitted April 30, 1942; decided June 4, 1942.

*Andrew J. Reisinger* and *Otto W. Muehlenbrink* for appellant.

No appearance for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.